# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH HASKELL,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFF GARRETT, et al.,<br><br>    Defendants. | No. 2:15-CV-0750-TLN-DMC<br><br><br>ORDER |

       Plaintiff, who is proceeding pro se, brings this civil action. On May 7, 2019, the court concluded this action should proceed against defendant Curl. See ECF No. 15 (screening findings and recommendations).

       Accordingly, IT IS HEREBY ORDERED that:

       1.    The Clerk of the Court shall issue a summons in a civil case, the undersigned's new case documents, and an order setting this matter for an initial scheduling conference;

       2.    The Clerk of the Court shall send plaintiff the summons, one USM-285 forms, and a copy of the complaint;

/ / /

/ / /

/ / /

1

3. Within 15 days from the date of this order, plaintiff shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal at the address indicated below the following documents:

    a. The completed summons;

    b. One completed USM-285 form for each named defendant;

    c. Two copies of the complaint; and

    d. One copy of the court's initial scheduling conference order issued herewith;

4. Within 20 days of the date of this order, plaintiff shall file a notice indicating that the documents described above have been submitted to the United States Marshal, or a notice that plaintiff intends to serve the summons and complaint without assistance from the United States Marshal;

5. If plaintiff seeks the assistance of the United States Marshal, the United States Marshal is directed to serve all process without pre-payment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the summons, complaint, and initial scheduling conference order on the defendants at the addresses provided by plaintiff; and

6. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

Dated: June 18, 2019

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE