# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH HASKELL, | No. 2:15-cv-00750-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| JEFF GARRETT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 7, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 15.) No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 9, 2019, (ECF No. 15) are adopted in full;

///

2. This action shall proceed on Plaintiff's due process claim against Defendant Curl only; and

3. All other claims and Defendants are dismissed without leave to amend.

Dated: July 23, 2019

_____
Troy L. Nunley
United States District Judge